UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| THE BUCKEYE INSTITUTE,<br><br>*Plaintiff,*<br><br>v.<br><br>INTERNAL REVENUE SERVICE; DOUGLAS O'DONNELL, in his official capacity as Acting Commissioner of Internal Revenue; UNITED STATES DEPARTMENT OF THE TREASURY; and JANET YELLEN, in her official capacity as Secretary of the Treasury,<br><br>*Defendants.* | No. 2:22-cv-4297-MHW-EPD |

## **DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

The United States of America, on behalf of all defendants, seeks leave to file a memorandum in support of its motion to dismiss the Complaint of up to thirty pages. While the Court's standing order provides a presumptive limit of twenty pages, the order contemplates an expansion of the limit in extraordinary circumstances. The Complaint asserts that a provision of the Internal Revenue Code, 26 U.S.C. § 6033(b)(5), is unconstitutional as a violation of the First Amendment. Due to the importance of the issues raised by the Complaint and the necessity of providing a complete discussion of those issues, the United States respectfully requests leave to file a memorandum not to exceed thirty pages. The United States further requests that Plaintiff be permitted a similar page limit in respect of their response memorandum.

The undersigned consulted with Plaintiff's counsel, who indicated that they do not oppose this motion provided they are afforded the same relief.  The United States is submitting a proposed order in accordance with Local Rule 7.3.

Respectfully submitted,

UNITED STATES OF AMERICA

By: /s/ Arie M. Rubenstein
ARIE M. RUBENSTEIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-307-6588 (v)
202-514-5238 (f)
arie.m.rubenstein@usdoj.gov