# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

The Buckeye Institute,

    Plaintiff,

    v.

Internal Revenue Service, *et al.*,

    Defendants.

Case No. 2:22-cv-4297

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Defendants move for an extension of time to submit proposed trial information. ECF No. 61. Plaintiff does not oppose. *Id.* Defendants' motion is **GRANTED**; the parties must submit the previously outlined trial information **by 5:00 p.m. on December 6, 2023**.

The Clerk shall terminate ECF No. 61.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT