UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| THE BUCKEYE INSTITUTE,<br><br>*Plaintiff,*<br><br>v.<br><br>INTERNAL REVENUE SERVICE; DANIEL WERFEL, in his official capacity as Commissioner of Internal Revenue; UNITED STATES DEPARTMENT OF THE TREASURY; and JANET YELLEN, in her official capacity as Secretary of the Treasury,<br><br>*Defendants.* | No. 2:22-cv-4297-MHW-EPD<br><br>The Hon. Michael H. Watson, U.S.D.J.<br><br>The Hon. Elizabeth P. Deavers, U.S.M.J. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Charles M. Miller, Senior Attorney, Institute for Free Speech, appears as designated trial attorney for Plaintiff.

Date: December 6, 2023

Respectfully submitted,

/s/ Charles M. Miller
Charles M. Miller (Ohio 0073844)
  *Trial Attorney*
THE INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., Suite 801
Washington, DC 20036
cmiller@ifs.org

Counsel for The Buckeye Institute

1