UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Buckeye Institute,

    Plaintiff,

    v.

Internal Revenue Service, *et al.*,

    Defendants.

Case No. 2:22-cv-4297

Judge Michael H. Watson

Magistrate Judge Deavers

### ORDER

The parties jointly move for a conference to discuss the litigation schedule. ECF No. 64. The motion is **GRANTED**. The Court will hold a status conference at **11:00 a.m. on February 13, 2024**, in Courtroom 120.

The Clerk shall terminate ECF No. 64.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT