UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Buckeye Institute,

    Plaintiff,

    v.

Internal Revenue Service, *et al.*,

    Defendants.

Case No. 2:22-cv-4297

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The Court recently denied cross motions for summary judgment. ECF No. 60. After that denial, Plaintiff filed an Amended Complaint without leave of Court and without any indication that Defendants consent to the amendment. ECF No. 65. Because the amendment to the Complaint does not comply with Federal Rule of Civil Procedure 15, the Court **STRIKES** the Amended Complaint.

The Clerk shall designate ECF No. 65 as "Stricken."

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**