UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Buckeye Institute,

    Plaintiff,                      Case No. 2:22-cv-4297

    v.                              Judge Michael H. Watson

Internal Revenue Service, *et al.*,    Magistrate Judge Deavers

    Defendants.

## ORDER

In February 2024, the Court certified ECF No. 60 for interlocutory appeal. ECF No. 73. There have been few docket entries since then. The parties are **ORDERED** to file a joint report within **THIRTY DAYS** explaining: (1) whether Defendants have applied for interlocutory appeal to the Sixth Circuit; (2) if so, whether the Court should stay this case pending the resolution of that application; and (3) in any event, the parties' proposed next steps.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**