UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Buckeye Institute,

    Plaintiff,

v.

Internal Revenue Service, *et al.*,

    Defendants.

Case No. 2:22-cv-4297

Judge Michael H. Watson

Magistrate Judge Deavers

### ORDER

The parties' joint request for a stay, ECF No. 77, is **GRANTED**, and the case is **STAYED** until further order of the Court. The parties shall file status reports every **SIXTY DAYS**, detailing the status of the request for interlocutory appeal.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT