UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| THE BUCKEYE INSTITUTE, *Plaintiff,* v. INTERNAL REVENUE SERVICE, *et al.,* *Defendants.* | No. 2:22-cv-4297-MHW-EPD<br><br>The Hon. Michael H. Watson, U.S.D.J.<br><br>The Hon. Elizabeth P. Deavers, U.S.M.J. |

## **JOINT STATUS REPORT**

Pursuant to the Court's order (ECF No. 78), the parties jointly submit this status report:

On March 6, 2024, the defendants timely petitioned the Sixth Circuit Court of Appeals for permission to file an interlocutory appeal under 28 U.S.C. § 1292(b). *See In re: Internal Revenue Service*, Case No. 24-0301 (6th Cir.) (docketed Mar. 7, 2024). The Buckeye Institute answered on March 18, 2024, stating that it does not oppose the request. The Sixth Circuit has not acted on the petition since the parties' last status report on July 9, 2024, and so the defendants' petition remains pending.

Date: October 18, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Charles M. Miller<br>Alan Gura*<br>Brett R. Nolan*<br>Charles M. Miller (Ohio 0073844)<br>   *Trial Attorney*<br>INSTITUTE FOR FREE SPEECH<br>1150 Connecticut Avenue, N.W.<br>Suite 801<br>Washington, DC 20036<br>(202) 301-3300<br>agura@ifs.org<br>bnolan@ifs.org<br>cmiller@ifs.org<br><br>Jay R. Carson (Ohio 0068526)<br>Robert Alt (Ohio 0091753)<br>David C. Tryon (Ohio 0028954)<br>THE BUCKEYE INSTITUTE<br>88 East Broad Street, Suite 1300<br>Columbus, OH 43125<br>j.carson@buckeyeinstitute.org<br>robert@buckeyeinstitute.org<br>d.tryon@buckeyeinstitute.org<br><br><br>*admitted pro hac vice<br><br>Counsel for Plaintiff | DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>/s/ *Mary A. Stallings (*by consent on 10/16/24)<br>MARY A. STALLINGS<br>Trial Attorney, Tax Division<br><br>JOSEPH A. SERGI<br>Senior Litigation Counsel, Tax Division<br><br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, D.C. 20044<br>202-616-2604 (v)<br>202-514-5238 (f)<br>mary.a.stallings@usdoj.gov<br><br>Counsel for the United States |