UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| THE BUCKEYE INSTITUTE,<br><br>    *Plaintiff,*<br><br>    v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>    *Defendants.* | No. 2:22-cv-4297-MHW-EPD<br><br>The Hon. Michael H. Watson, U.S.D.J.<br><br>The Hon. Elizabeth P. Deavers, U.S.M.J. |

## **JOINT STATUS REPORT**

Pursuant to the Court's order (ECF No. 78), the parties jointly submit this status report:

On March 6, 2024, the defendants timely petitioned the Sixth Circuit Court of Appeals for permission to file an interlocutory appeal under 28 U.S.C. § 1292(b). *See In re: Internal Revenue Service*, Case No. 24-0301 (6th Cir.) (docketed Mar. 7, 2024). The Buckeye Institute answered on March 18, 2024, stating that it does not oppose the request. The Sixth Circuit has not acted on the petition since the parties' last status report on October 18, 2024, and so the defendants' petition remains pending.

Date:  December 17, 2024.

Respectfully submitted,

| | |
|---|---|
| _/s/ Charles M. Miller_ | DAVID A. HUBBERT |
| Alan Gura* | Deputy Assistant Attorney General |
| Brett R. Nolan* | |
| Charles M. Miller (Ohio 0073844) | /s/ _Mary A. Stallings_ |
|    _Trial Attorney_ | MARY A. STALLINGS |
| INSTITUTE FOR FREE SPEECH | Trial Attorney, Tax Division |
| 1150 Connecticut Avenue, N.W. | |
| Suite 801 | JOSEPH A. SERGI |
| Washington, DC 20036 | Senior Litigation Counsel, Tax Division |
| (202) 301-3300 | |
| agura@ifs.org | U.S. Department of Justice |
| bnolan@ifs.org | P.O. Box 55 |
| cmiller@ifs.org | Washington, D.C.  20044 |
| | 202-616-2604 (v) |
| Jay R. Carson (Ohio 0068526) | 202-514-5238 (f) |
| Robert Alt (Ohio 0091753) | mary.a.stallings@usdoj.gov |
| David C. Tryon (Ohio 0028954) | |
| THE BUCKEYE INSTITUTE | Counsel for the United States |
| 88 East Broad Street, Suite 1300 | |
| Columbus, OH 43125 | |
| j.carson@buckeyeinstitute.org | |
| robert@buckeyeinstitute.org | |
| d.tryon@buckeyeinstitute.org | |

*_admitted pro hac vice_

Counsel for Plaintiff