UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| THE BUCKEYE INSTITUTE,<br><br>*Plaintiff,*<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>*Defendants.* | No. 2:22-cv-4297-MHW-EPD<br><br>The Hon. Michael H. Watson, U.S.D.J.<br><br>The Hon. Elizabeth P. Deavers, U.S.M.J. |

## **JOINT STATUS REPORT**

Pursuant to the Court's order (ECF No. 78), the parties jointly submit this status report:

On March 6, 2024, the defendants timely petitioned the Sixth Circuit Court of Appeals for permission to file an interlocutory appeal under 28 U.S.C. § 1292(b). *See In re: Internal Revenue Service*, Case No. 24-0301 (6th Cir.) (docketed Mar. 7, 2024). The Buckeye Institute answered on March 18, 2024, stating that it does not oppose the request. The Sixth Circuit has not acted on the petition since the parties' last status report on December 17, 2024, and so the defendants' petition remains pending.

Date:  February 18, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Charles M. Miller* | */s/ Mary A. Stallings* (by consent on 2/18/25) |
| Alan Gura* | |
| Brett R. Nolan* | MARY A. STALLINGS |
| Charles M. Miller (Ohio 0073844) | Trial Attorney, Tax Division |
|    *Trial Attorney* | |
| INSTITUTE FOR FREE SPEECH | JOSEPH A. SERGI |
| 1150 Connecticut Avenue, N.W. | Senior Litigation Counsel, Tax Division |
| Suite 801 | |
| Washington, DC 20036 | U.S. Department of Justice |
| (202) 301-3300 | P.O. Box 55 |
| agura@ifs.org | Washington, D.C.  20044 |
| bnolan@ifs.org | 202-616-2604 (v) |
| cmiller@ifs.org | 202-514-5238 (f) |
| | mary.a.stallings@usdoj.gov |
| Jay R. Carson (Ohio 0068526) | |
| Robert Alt (Ohio 0091753) | Counsel for the United States |
| David C. Tryon (Ohio 0028954) | |
| THE BUCKEYE INSTITUTE | |
| 88 East Broad Street, Suite 1300 | |
| Columbus, OH 43125 | |
| j.carson@buckeyeinstitute.org | |
| robert@buckeyeinstitute.org | |
| d.tryon@buckeyeinstitute.org | |

*admitted pro hac vice

Counsel for Plaintiff