UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| THE BUCKEYE INSTITUTE, <br><br> *Plaintiff,* <br><br> v. <br><br> INTERNAL REVENUE SERVICE, *et al.*, <br><br> *Defendants.* | No. 2:22-cv-4297-MHW-EPD <br><br> The Hon. Michael H. Watson, U.S.D.J. <br><br> The Hon. Elizabeth P. Deavers, U.S.M.J. |

## JOINT STATUS REPORT AND MOTION FOR CLARIFICATION

Pursuant to the Court's order (ECF No. 78), the parties jointly submit this status report:

On March 6, 2024, the defendants timely petitioned the Sixth Circuit Court of Appeals for permission to file an interlocutory appeal under 28 U.S.C. § 1292(b). *See In re: Internal Revenue Service*, Case No. 24-0301 (6th Cir.) (docketed Mar. 7, 2024). The Buckeye Institute answered on March 18, 2024, stating that it does not oppose the request. The Sixth Circuit granted the petition on March 14, 2025, and docketed the defendants' interlocutory appeal that same day. *See Buckeye Institute v. Internal Revenue Service*, No. 25-3170 (6th Cir.).

Given that the Sixth Circuit has now acted on the petition for interlocutory appeal, the parties jointly request that the Court clarify whether the parties should continue providing status updates about the interlocutory appeal pursuant to the Court's order on August 19, 2024 (ECF No. 78).

Date:  April 21, 2025.

Respectfully submitted,

/s/ Charles M. Miller
Alan Gura*
Brett R. Nolan*
Charles M. Miller (Ohio 0073844)
    *Trial Attorney*
INSTITUTE FOR FREE SPEECH
1150 Connecticut Avenue, N.W.
Suite 801
Washington, DC 20036
(202) 301-3300
agura@ifs.org
bnolan@ifs.org
cmiller@ifs.org

Jay R. Carson (Ohio 0068526)
Robert Alt (Ohio 0091753)
David C. Tryon (Ohio 0028954)
THE BUCKEYE INSTITUTE
88 East Broad Street, Suite 1300
Columbus, OH 43125
j.carson@buckeyeinstitute.org
robert@buckeyeinstitute.org
d.tryon@buckeyeinstitute.org

*admitted pro hac vice

Counsel for Plaintiff

/s/ *Mary A. Stallings*
MARY A. STALLINGS
Trial Attorney, Tax Division

JOSEPH A. SERGI
Senior Litigation Counsel, Tax Division

U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-616-2604 (v)
202-514-5238 (f)
mary.a.stallings@usdoj.gov

Counsel for the United States