UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Buckeye Institute,

    Plaintiff,

v.

Internal Revenue Service, *et al.*,

    Defendants.

Case No. 2:22-cv-4297

Judge Michael H. Watson

Magistrate Judge Deavers

### ORDER

In their recent status report, ECF No. 84, the parties notified the Court that the United States Court of Appeals for the Sixth Circuit granted Defendants' petition for permission to file an interlocutory appeal under 28 U.S.C. § 1292(b). Given that the Sixth Circuit has acted on the petition, the parties jointly request clarification of their obligations while the appeal is pending. *Id.*

This case will remain **STAYED** during the pendency of the appeal until further order of the Court. The parties need not file periodic status reports, but within **SEVEN DAYS** of the issuance of the Sixth Circuit's opinion, the parties are **ORDERED** to file a joint notice proposing next steps for this case.

The Clerk shall terminate ECF No. 84 as a pending motion.

**IT IS SO ORDERED.**

                                          */s/ Michael H. Watson*
                                        **MICHAEL H. WATSON, JUDGE**
                                        **UNITED STATES DISTRICT COURT**