IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **The Buckeye Institute**,<br><br>Plaintiff,<br><br>v.<br><br>**Internal Revenue Service, et al.**,<br><br>Defendants. | CASE NO. 2:22-cv-4297<br><br>JUDGE MICHAEL H. WATSON<br><br>MAG. JUDGE S. COURTER SHIMEALL<br><br>**ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |

PLEASE TAKE NOTICE that Patrick T. Lewis (0078314) hereby enters his appearance as additional counsel for Plaintiff in this action and as Trial Attorney for Plaintiff in replacement of Charles Miller, Esq., who the Court granted leave to withdraw as counsel by Notation Order of June 15, 2026. Mr. Lewis respectfully requests that service of all papers and notices be addressed to him as set forth in the signature block below.

Respectfully submitted,

*/s/ Patrick T. Lewis*

Patrick T. Lewis (0078314), *Trial Attorney*
plewis@bakerlaw.com
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 621-0200 / Fax (216) 696-0740

Jay R. Carson (0068526)
Robert Alt (0091753)
David C. Tryon (0028954)
THE BUCKEYE INSTITUTE
j.carson@buckeyeinstitute.org
robert@buckeyeinstitute.org
d.tryon@buckeyeinstitute.org
The Buckeye Institute
88 East Broad Street, Suite 1300
Columbus, Ohio 43215
(614) 224-4422
*Counsel for Plaintiff, The Buckeye Institute*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, the foregoing was filed electronically on the Court's CM/ECF System. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Patrick T. Lewis
Patrick T. Lewis (0078314)
BAKER & HOSTETLER LLP
*Counsel for Plaintiff, The Buckeye Institute*

111627.000012\4918-2230-2391