IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE BUCKEYE INSTITUTE, | ) | CASE NO: 2:22-cv-4297 |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL H. WATSON |
| | ) | |
| v. | ) | MAG. JUDGE S. COURTER |
| | ) | SHIMEALL |
| INTERNAL REVENUE SERVICE, et al., | ) | |
| | ) | **ENTRY OF APPEARANCE OF** |
| Defendants. | ) | **COUNSEL FOR PLAINTIFF** |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bradley A. Smith hereby enters his appearance as additional counsel for Plaintiff in this action.

Respectfully submitted,

*/s/* Bradley A. Smith

Bradley A. Smith (Ohio 46887)
Institute for Free Speech
1150 Connecticut Avenue, NW, Suite 801
Washington, DC 20036
(202) 750-4097
bsmith@ifs.org

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, the foregoing was filed electronically on the Court's CM/ECF System. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley A. Smith
Bradley A. Smith (Ohio 46887)

*Attorney for Plaintiff*